## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

DACIA LEYTHAM,

         Defendant.

4:23-CR-3031

ORDER

A third-party request for transcript form has been filed in this case. But the form the Court received was incomplete: It doesn't indicate what proceeding in the case the requesting party wants transcribed, or at what rate the requesting party would like the transcript prepared. Accordingly,

IT IS ORDERED:

1.  The third-party request for transcript (filing 52) is denied without prejudice to refiling.

2.  The Clerk of the Court is directed to send the requestor a copy of this order at the address found in filing 52, along with a blank third-party request for transcript form and a copy of the docket sheet (excluding restricted and sealed entries).

3.  The requesting party may refile a third-party request for transcript form, taking care to indicate on the form (1) the dates of the proceeding or proceedings for which she wants a transcript prepared, and (2) how quickly delivery of the transcript is requested.

Dated this 19th day of February, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge